**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS**

In re:  JAMIE J. PETROW           §      Case No. 10-76137
        BRIAN S. PETROW           §
                                  §
                                  §
            Debtors               §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 12/16/2010.

2) The plan was confirmed on 12/21/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 09/09/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/30/2011, 06/04/2012.

5) The case was dismissed on 10/19/2012.

6) Number of months from filing or conversion to last payment: 21.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $26,962.21.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 17,723.00 |
| Less amount refunded to debtor | $ 0.00 |
| **NET RECEIPTS** | **$ 17,723.00** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,409.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 916.01 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | **$ 4,325.01** |
| Attorney fees paid and disclosed by debtor: | $ 91.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY CHAD M. HAYWARD | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,409.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Sec | 14,508.00 | 10,989.24 | 10,989.24 | 3,885.99 | 1,061.64 |
| MICHAEL PETROW | Uns | 21,000.00 | NA | NA | 0.00 | 0.00 |
| PNC MORTGAGE | Sec | 0.00 | 2,877.45 | 2,877.45 | 2,877.45 | 0.00 |
| WEBSTER BANK | Uns | 52,190.00 | 53,034.82 | 53,034.82 | 2,831.80 | 0.00 |
| 1ST AYRD CORPORATION | Uns | 493.32 | NA | NA | 0.00 | 0.00 |
| A LA MOUR BRIDAL | Uns | 10,000.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE | Uns | 12,073.60 | NA | NA | 0.00 | 0.00 |
| AMERICAN CORADIUS | Uns | 737.69 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 7,500.00 | NA | NA | 0.00 | 0.00 |
| BELL AIRE BRIDAL | Uns | 2,800.00 | NA | NA | 0.00 | 0.00 |
| BILL LEVKOFF | Uns | 13,497.60 | NA | NA | 0.00 | 0.00 |
| BONDED COLLECTION CORP | Uns | 304.68 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL LLC | Uns | 15,856.00 | 15,287.09 | 15,287.09 | 816.26 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Uns | 434.51 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Uns | 639.08 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Uns | 500.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITIBUSINESS CARD | Uns | 19,358.20 | NA | NA | 0.00 | 0.00 |
| COLLECTIONS PLUS/DIVINA SPOSA | Uns | 3,490.00 | 3,490.00 | 3,490.00 | 186.35 | 0.00 |
| COMED | Uns | 325.32 | NA | NA | 0.00 | 0.00 |
| COMED | Uns | 185.97 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 100.36 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Uns | 58.26 | NA | NA | 0.00 | 0.00 |
| CREDITORS FINANCIAL GROUP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DESSY GROUP | Uns | 6,700.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 12,794.00 | 13,617.55 | 13,617.55 | 727.11 | 0.00 |
| ENCORE | Uns | 214.00 | NA | NA | 0.00 | 0.00 |
| FFCC - COLUMBUS INC | Uns | 429.00 | NA | NA | 0.00 | 0.00 |
| FIRST AYD | Uns | 1,271.85 | NA | NA | 0.00 | 0.00 |
| FIRST DATA | Uns | 9,485.28 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 186.00 | 302.10 | 302.10 | 16.13 | 0.00 |
| H & R ACCOUNTS INC | Uns | 1,188.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 475.00 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE RECOVERY | Uns | 1,708.50 | NA | NA | 0.00 | 0.00 |
| ICS COLLECTION SERVICE | Uns | 622.74 | NA | NA | 0.00 | 0.00 |
| INNOVATE MERCHANT SOLUTIONS | Uns | 0.00 | 96.95 | 96.95 | 0.00 | 0.00 |
| JC CHRISTENSEN & ASSOCIATES | Uns | 2,349.37 | NA | NA | 0.00 | 0.00 |
| JASMINE ENTERPRISES | Uns | 20,000.00 | NA | NA | 0.00 | 0.00 |
| JIM HJELM | Uns | 5,782.18 | NA | NA | 0.00 | 0.00 |
| KAREN / JOHN ROLFE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES INC | Uns | 57.25 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 339.00 | 521.73 | 521.73 | 23.15 | 0.00 |
| MCCARTHY BURGESS & WOLFF | Uns | 9,485.28 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Uns | 247.00 | NA | NA | 0.00 | 0.00 |
| MERCHANT LYNX SERVICES | Uns | 6,000.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Uns | 1,663.57 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORTHOPEDICS | Uns | 882.00 | NA | NA | 0.00 | 0.00 |
| MODERN LUXERY | Uns | 7,500.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY | Uns | 54.84 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY | Uns | 8,485.70 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT INC | Uns | 302.10 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 639.08 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NORDSTROM FSB | Uns | 2,204.00 | 2,349.37 | 2,349.37 | 125.44 | 0.00 |
| NORTH SHORE GAS | Uns | 252.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP INC | Uns | 15,856.70 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY | Uns | 672.60 | NA | NA | 0.00 | 0.00 |
| OLD NAVY | Uns | 214.00 | NA | NA | 0.00 | 0.00 |
| PAT MASSINI / SARAN BRIDAL | Uns | 10,000.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC ANESTHESIA GROUP | Uns | 219.10 | NA | NA | 0.00 | 0.00 |
| PORTE BROWN | Uns | 2,055.00 | NA | NA | 0.00 | 0.00 |
| PRO ACTIVE | Uns | 45.85 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 50.62 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS OF | Uns | 58.26 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 400.00 | 115.54 | 115.54 | 0.00 | 0.00 |
| TATE & KIRLIN | Uns | 737.69 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Uns | 882.00 | NA | NA | 0.00 | 0.00 |
| WATTERS & WATTERS | Uns | 15,000.00 | NA | NA | 0.00 | 0.00 |
| WEST CENTRAL ANESTHESIA | Uns | 218.79 | NA | NA | 0.00 | 0.00 |
| WINFIELD LAB CONSULTANTS | Uns | 20.30 | NA | NA | 0.00 | 0.00 |
| KAREN ROLFE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SUSANNE HAHN / REDDINGTON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Uns | 15,856.00 | 15,856.70 | 15,856.70 | 846.67 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 10,989.24 | $ 3,885.99 | $ 1,061.64 |
| All Other Secured | $ 2,877.45 | $ 2,877.45 | $ 0.00 |
| **TOTAL SECURED:** | $ 13,866.69 | $ 6,763.44 | $ 1,061.64 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 104,671.85 | $ 5,572.91 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,325.01 |
| Disbursements to Creditors | $ 13,397.99 |
| **TOTAL DISBURSEMENTS:** | $ 17,723.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Date:  <u>12/21/2012</u>      By:  <u>/s/ Lydia S. Meyer</u>
                                                 Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.